NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AGIS SOFTWARE DEVELOPMENT, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2020-1439

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01080.

---

## JUDGMENT

---

VINCENT J. RUBINO, III, Fabricant LLP, New York, NY, argued for appellant. Also represented by ALFRED ROSS FABRICANT, ENRIQUE WILLIAM ITURRALDE, PETER LAMBRIANAKOS.

BRADLEY GARCIA, O'Melveny & Myers LLP, Washington, DC, argued for appellee. Also represented by MARK LIANG, DARIN W. SNYDER, San Francisco, CA; ROBERT EVAN SOKOHL, JONATHAN TUMINARO, JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 4, 2021    /s/ Peter R. Marksteiner
Date                     Peter R. Marksteiner
                             Clerk of Court